IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LAURA MERROW | ) | |
| | ) | No. 3-10-0794 |
| v. | ) | |
| | ) | |
| CAPSTAR BANK | ) | |

O R D E R

Pursuant to the order entered October 5, 2010, and notice entered November 10, 2010 (Docket Entry Nos. 9-10), counsel for the parties called the Court on November 16, 2010, at which time they related the status of settlement negotiations.

Counsel for the parties shall convene another telephone conference call with the Court on **Tuesday, November 30, 2010, at 4:00 p.m.,** to be initiated by plaintiff's counsel, to address whether the parties have reached a settlement and, if so, whether the settlement must be approved by the Court, and, if not, when the parties will file an agreed order or stipulation of dismissal.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge