IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LAURA MERROW )
) No. 3-10-0794
v. )
)
CAPSTAR BANK )

O R D E R

The parties' joint motion for leave to file under seal (Docket Entry No. 14) is GRANTED.

The confidential settlement agreement and release and waiver of claims (Docket Entry No. 15) shall remain UNDER SEAL.

As provided in the order entered December 2, 2010 (Docket Entry No. 12), the parties filed a Notice of Resolution and Joint Motion for Approval of Settlement and a proposed order of dismissal with prejudice on December 8, 2010.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the parties' joint motion for approval of settlement (Docket Entry No. 13), the sealed settlement agreement (Docket Entry No. 15), and the proposed order of dismissal (Docket Entry No. 13-1).[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered October 5, 2010 (Docket Entry No. 9), the pretrial conference and bench trial were scheduled on February 10, 2012, and February 21, 2012, respectively.