IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LAURA MERROW, | ) |
| Plaintiff, | ) Case No. 3:10-cv-00794 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Griffin |
| CAPSTAR BANK, | ) |
| Defendant. | ) |

## ~~PROPOSED~~ FINAL ORDER OF DISMISSAL WITH PREJUDICE

It appears to the satisfaction of the Court, and based upon the representation of the Parties set forth in the Notice of Resolution and Joint Motion for Approval of Settlement, that the Parties have settled this matter as a result of good faith negotiations and compromise, and that the settlement is a reasonable and fair settlement.

Accordingly, it is ORDERED, ADJUDGED and DECREED that the Joint Motion for Approval is granted and that this matter should be and is hereby dismissed, with prejudice, costs to be taxed to the Plaintiff.

Entered this 9th day of December, 2010.

_____
JUDGE NIXON